FILED 23 AUG 3 11:42USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00258-MC |
| v. | INDICTMENT |
| REUBEN PHILLIP HARVEY, | 18 U.S.C. § 2422(b) |
| Defendant. | FORFEITURE ALLEGATION |

THE GRAND JURY CHARGES:

## COUNT 1
**Attempted Coercion and Enticement**
**(18 U.S.C. § 2422(b))**

On or about March 14, 2023, in the District of Oregon, defendant **REUBEN PHILLIP HARVEY** using a facility or means of interstate and foreign commerce, namely a digital device connected to the internet, knowingly attempted to persuade, induce, entice, and coerce a person who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

\\\

\\\

**Indictment** **Page 1**

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense listed above, defendant **REUBEN PHILLIP HARVEY** shall forfeit to the United States pursuant to 18 U.S.C. §§ 2253, 2254 and 2428 any and all property used or intended to be used in any manner or part to commit or to promote the commission of said violations.

Dated: August 3, 2023.

A TRUE BILL

/s/ Grand Jury Foreperson

Presented by:

NATALIE K. WIGHT
United States Attorney

JOHN C. BRASSELL
Assistant United States Attorney